February 23, 1912.) Proceeding by the People of the State of New York against Ida Friedebaum. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. HARTMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Proceeding by the People of the State of New York against John Hartman. G. G. Battle, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent v. JAMES BUTLER, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Proceeding by the People of the State of New York against James Butler, Incorporated. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. See, also, infra.

PEOPLE, Respondent, v. JAMES BUTLER, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Proceeding by the People of the State of New York against James Butler, Incorporated.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on the authority of People v. Butler, 134 App. Div. 151, 118 N. Y. Supp. 849. See, also, 134 App. Div. 986, 119 N. Y. Supp. 1139; supra.

HIRSCHBERG and WOODWARD, JJ., dissent.

PEOPLE, Respondent, v. KOCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Proceeding by the People of the State of New York on complaint of Albert V. Pitt against John P. Koch and another.

PER CURIAM. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

BURR, J., not voting.

PEOPLE, Respondent, v. KOCH, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Proceeding by the People of the State of New York, on complaint of Owen Rooney, against John P. Koch.

PER CURIAM. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

BURR, J., not voting.

PEOPLE v. LEVINE. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Proceeding by the People of the State of New York against Selig Levine. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, infra.

133 N.Y.S.—72

PEOPLE, Respondent, v. LEVINE, Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York against Selig Levine, indicted, etc., as Morris Kramer. A. Rosenthal, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed. See, also, supra.

PEOPLE v. LIPPMAN. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York against Morris Lippman. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. MERRITT, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Proceeding by the People of the State of New York against Daniel Merritt.

PER CURIAM. Judgment of conviction of the County Court of Westchester County reversed, and new trial ordered, for errors committed on the trial, as shown at folios 40, 79, and 100 of the record.

JENKS, P. J., and HIRSCHBERG, J., dissent, upon the ground that the errors were not capital.

PEOPLE, Respondent, v. MEYERHOFER, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Proceeding by the People of the State of New York against Sarah Meyerhofer. H. A. Gordon, for appellant. S. L. Richter, for respondent. No opinion. Order filed. Judgment affirmed.

PEOPLE, Respondent, v. MONA, Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York against Frank Mona. S. Wechsler, for appellant. S. L. Richter, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE, Respondent, v. MONTELIONE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Proceeding by the People of the State of New York against Antonio Montelione, impleaded with others. No opinion. Judgment of conviction of the County Court of Kings County, and order denying motion for a new trial, affirmed.

PEOPLE, Respondent, v. MOULTON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Proceeding by the People of the State of New York against Charles F. Moulton and another. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. NEWCOMB, Appellant. (Supreme Court, Appellate Division,